*Blackman* and *Charles T. Russell* for appellant. *Messrs. Arthur J. W. Hilly, Daniel F. Cohalan, Thomas F. Fennell, Melvin L. Krulewitch, Frank E. Carstarphen,* and *Harry Hertzoff* for appellees.

No. 421. FALBO *v.* UNITED STATES. Argued February 14, 1934. Decided February 19, 1934. *Per Curiam:* Judgment affirmed. *Lumbra* v. *United States,* 290 U.S. 551. *Mr. Graham K. Betts,* with whom *Messrs. Samuel B. Bassett* and *Warren E. Miller* were on the brief, for petitioner. *Mr. Will G. Beardslee,* with whom *Solicitor General Biggs* and *Messrs. Wilbur C. Pickett, Randolph C. Shaw,* and *W. Marvin Smith* were on the brief, for the United States.

No. 748. IUPPA & BATTLE CO. ET AL. *v.* STATE INDUSTRIAL BOARD ET AL. Jurisdictional statement submitted February 10, 1934. Decided February 19, 1934. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Dahlstrom Metallic Door Co.* v. *Industrial Board,* 284 U.S. 594; *Equitable Life Assurance Society* v. *Brown,* 187 U.S. 308, 311; *Wabash R. Co.* v. *Flannigan,* 192 U.S. 29; *Roe* v. *Kansas,* 278 U.S. 191; *American Baseball Club* v. *Philadelphia,* 290 U.S. 595. *Messrs. Charles J. O'Brien, Arthur E. Sutherland,* and *Arthur E. Sutherland, Jr.,* for appellants. *Mr. Joseph A. McLaughlin* for appellees.

No. 749. MILLER CABINET CO. *v.* STATE INDUSTRIAL BOARD ET AL. Jurisdictional statement

submitted February 10, 1934. Decided February 19, 1934. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Dahlstrom Metallic Door Co.* v. *Industrial Board,* 284 U.S. 594; *Equitable Life Assurance Society* v. *Brown,* 187 U.S. 308, 311; *Wabash R. Co.* v. *Flannigan,* 192 U.S. 29; *Roe* v. *Kansas,* 278 U.S. 191; *American Baseball Club* v. *Philadelphia,* 290 U.S. 595. *Messrs. Charles J. O'Brien* and *Arthur E. Sutherland, Jr.,* for appellant. *Mr. Joseph A. McLaughlin* for appellees.

No. 361. INTERSTATE COMMERCE COMM'N v. PENNSYLVANIA R. Co. ET AL. February 19, 1934. This case is restored to the docket and assigned for reargument on Monday, March 5 next, after the cases heretofore assigned for that day. The Court desires to hear further argument with respect to the construction of the provision of § 7 of the Clayton Act that " This section shall not apply to corporations purchasing such stock solely for investment and not using the same by voting or otherwise to bring about, or in attempting to bring about, the substantial lessening of competition."

No. —, original. ARIZONA v. CALIFORNIA ET AL. February 19, 1934. A rule is ordered to issue returnable on Monday, April 2 next, requiring the defendants to show cause why leave to file the bill to perpetuate testimony should not be granted.

No. —, original. EX PARTE SPRUILL. February 19, 1934. Motion for leave to file petition for writ of injunction is denied. *Georgia M. Spruill, pro se.*